UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FRYE, MARIAN P | § | Case No. 10-12296 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/10/2012 in Courtroom 742,
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois   60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/30/2012                By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                          §
                                §
FRYE, MARIAN P                  §    Case No. 10-12296
                                §
        Debtor(s)               §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,000.18 |
| and approved disbursements of | $ | 7.51 |
| leaving a balance on hand of[1] | $ | 2,992.67 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 750.05 | $ 0.00 | $ 750.05 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 1,017.50 | $ 0.00 | $ 1,017.50 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ 6.30 | $ 0.00 | $ 6.30 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,773.85 |
| Remaining Balance | $ 1,218.82 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,379.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 7,940.75 | $ 0.00 | $ 452.68 |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 1,388.59 | $ 0.00 | $ 79.16 |
| 000003 | CHASE BANK USA NA | $ 6,642.11 | $ 0.00 | $ 378.65 |
| 000004 | CHASE BANK USA NA | $ 543.14 | $ 0.00 | $ 30.96 |
| 000005 | COMMUNITY HOSPITAL NORTH | $ 402.11 | $ 0.00 | $ 22.93 |
| 000006 | GE CAPITAL RETAIL BANK | $ 1,128.12 | $ 0.00 | $ 64.31 |
| 000007 | GE CAPITAL RETAIL BANK | $ 313.71 | $ 0.00 | $ 17.88 |
| 000008 | AMERICAN EXPRESS CENTURION BANK | $ 45.95 | $ 0.00 | $ 2.62 |
| 000009 | GE CAPITAL RETAIL BANK | $ 2,975.42 | $ 0.00 | $ 169.63 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 1,218.82 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
                            Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                United States Bankruptcy Court
                                Northern District of Illinois

In re:                                                              Case No. 10-12296-CAD
Marian P Frye                                                       Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: adragonet              Page 1 of 3              Date Rcvd: May 31, 2012
                              Form ID: pdf006              Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2012.
db           +Marian P Frye,    19504 Lake Park Drive,    Lynwood, IL 60411-1561
aty           Zane L Zielinski,    Frank/Gecker LLP,    325 North LaSalle Street,    Suite 625,
               Chicago, IL  60610
15293867     +AMEX,    Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
18022495      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15293883     #+Beneficial/HFC,    Attn: Bankruptcy Dept.,    Po Box 3425,    Buffalo, NY 14240-3425
15293880    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,     Attn: Bankruptcy Dept.,    Po Box 85520,
               Richmond, VA 23285)
15293882     +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
15293874     +CPU/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
17841858      Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
15293870     +Chase-Bp,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
15293872     +Citgo/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
15293862     +Clerk, Chancery,    Doc# 10 CH 02397,    50 W. Washington St., Room 802,    Chicago, IL 60602-1305
15293861     +Codilis & Associates, PC,    Bankruptcy Department,    15W030 N. Frontage Rd. #100,
               Burr Ridge, IL 60527-6921
15293885     +Community Hospital North,    Attn: Bankruptcy Dept.,    PO Box 3602,    Munster, IN 46321-0756
15293864     +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
15293865     +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
15293877     +Exxmblciti,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
15293873     +HSBC/Carsn,    Attn: Bankruptcy Dept.,    Po Box 15521,    Wilmington, DE 19850-5521
15293860     +Litton LOAN Servicing,    Attn: Bankruptcy Dept.,    4828 Loop Central Dr,    Houston, TX 77081-2166
15343543     +Litton Loan Servicing, LP,    c/o McCalla Raymer, LLC,    Bankruptcy Department,
               1544 Old Alabama Road,    Roswell, GA 30076-2102
15293869     +Mcydsnb,    Attn: Bankruptcy Dept.,    9111 Duke Blvd,    Mason, OH 45040-8999
15293886     +Methodist Northlake Physicians,    Attn: Bankruptcy Dept.,    PO Box 10645,
               Merrillville, IN 46411-0645
15293888     +Patients First Emergency Medic,    Attn: Bankruptcy Dept.,    PO Box 678691,
               Dallas, TX 75267-8691
15293863     +Saxon Mortgage Service,    Attn: Bankruptcy Dept.,    4708 Mercantile Dr N,
               Fort Worth, TX 76137-3605
15293871     +Shell/CITI,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
15293889      Silver Associates LTD,    Attn: Bankruptcy Dept.,    1540 E. Dybdee Rd,    Suite 160,
               Palatine, IL 60074
15293876     +THD/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
15293887     +Tang Benjamin B,    Attn: Bankruptcy Dept.,    5521 W Lincoln Hwy,    Ste 300,
               Crown Point, IN 46307-1117
15293878     +Target NB,    Attn: Bankruptcy Dept.,    Po Box 673,    Minneapolis, MN 55440-0673
15293866     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17798051      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 01 2012 06:46:31
               American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
17765779      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 01 2012 06:39:04     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
15293884     +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 01 2012 06:39:04     Discover FIN SVCS LLC,
               Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
18006739      E-mail/PDF: rmscedi@recoverycorp.com Jun 01 2012 06:48:53     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15293881      E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2012 06:40:52     GEMB/GE MONEY BANK LOW,
               Attn: Bankruptcy Dept.,    Po Box 103065,    Roswell, GA 30076
15293875     +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2012 06:40:52     GEMB/JCP,    Attn: Bankruptcy Dept.,
               Po Box 984100,    El Paso, TX 79998-4100
15293868     +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2012 06:40:52     Gembpplus,
               Attn: Bankruptcy Dept.,    Po Box 981416,    El Paso, TX 79998-1416
                                                                                               TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17841859*     Chase Bank USA NA,    PO Box 15145,    Wilmington, DE 19850-5145
15293879*    +Mcydsnb,    Attn: Bankruptcy Dept.,    9111 Duke Blvd,    Mason, OH 45040-8999
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: adragonet          Page 2 of 3              Date Rcvd: May 31, 2012
                              Form ID: pdf006          Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 02, 2012**                         **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: adragonet              Page 3 of 3                  Date Rcvd: May 31, 2012
                              Form ID: pdf006              Total Noticed: 37
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2012 at the address(es) listed below:
              Frances  Gecker    fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
              Joel P Fonferko    on behalf of Creditor  Litton Loan Servicing, LP ND-Two@il.cslegal.com
              Jonathan D Parker    on behalf of Debtor Marian Frye ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven C Lindberg    on behalf of Creditor  HSBC Bank USA..... bankruptcy@fallaw.com
              William G Cross    on behalf of Trustee Frances Gecker wcross@fgllp.com
                                                                                             TOTAL: 6