UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
FRYE, MARIAN P § Case No. 10-12296
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Frances Gecker_____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Litton LOAN Servicing Attn: Bankruptcy Dept. 4828 Loop Central Dr Houston TX 77081 |  |  |  |  |  |

UST Form 101-7-TDR (5/1/2011) *(Page: 3)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 Saxon Mortgage Service Attn: Bankruptcy Dept. 4708 Mercantile Dr N Fort Worth TX 76137 | | | | | |
| | Clerk, Chancery Doc# 10 CH 02397 50 W. Washington St., Room 802 Chicago IL 60602 | | | | | |
| | Codilis & Associates, PC Bankruptcy Department 15W030 N. Frontage Rd. #100 Burr Ridge IL 60527 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| 11 | Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 12 Exxmblciti Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |
| | 16 HSBC/Carsn Attn: Bankruptcy Dept. Po Box 15521 Wilmington DE 19805 | | | | | |
| | 17 Mcydsnb Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| | 18 Mcydsnb Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| | 19 Methodist Northlake Physicians Attn: Bankruptcy Dept. PO Box 10645 Merrillville IN 46411 | | | | | |
| | 2 Beneficial/HFC Attn: Bankruptcy Dept. Po Box 3425 Buffalo NY 14240 | | | | | |
| | 20 Patients First Emergency Medic Attn: Bankruptcy Dept. PO Box 678691 Dallas TX 75267 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 21 Shell/CITI Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |
| | 22 Silver Associates LTD Attn: Bankruptcy Dept. 1540 E. Dybdee Rd Palatine IL 60074 | | | | | |
| | 23 Tang Benjamin B Attn: Bankruptcy Dept. 5521 W Lincoln Hwy Crown Point IN 46307 | | | | | |
| | 25 THD/CBSD Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |
| | 26 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 3 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| | 6 Citgo/CBSD Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 8 CPU/CBSD Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |
| 000008 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | CHASE BANK USA NA | | | | | |
| 000004 | CHASE BANK USA NA | | | | | |
| 000005 | COMMUNITY HOSPITAL NORTH | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000006 | GE CAPITAL RETAIL BANK | | | | | |
| 000007 | GE CAPITAL RETAIL BANK | | | | | |
| 000009 | GE CAPITAL RETAIL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 10-12296 | CAD | Judge: Carol A. Doyle | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | FRYE, MARIAN P | | | | Date Filed (f) or Converted (c): | 03/22/10 (f) |
| | | | | | 341(a) Meeting Date: | 05/11/10 |
| For Period Ending: | 04/20/12 | | | | Claims Bar Date: | 12/02/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 321 E 89th St Chicago, IL 60619 (SURRENDER) | 60,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 19504 Lake Park Drive Lynwood, IL 60411 - (Debtors  Debtor Claimed Exemption | 165,034.00 | 0.00 | | 0.00 | FA |
| 3. Bank of America Checking Account  Debtor Claimed Exemption | 50.00 | 0.00 | | 0.00 | FA |
| 4. Bank of America Checking Account  Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 5. Household goods; TV, DVD player, TV stand, stereo,  Debtor Claimed Exemption | 900.00 | 0.00 | | 0.00 | FA |
| 6. DVDs, Books, Compact Discs, Tapes/Records, Family  Debtor Claimed Exemption | 50.00 | 0.00 | | 0.00 | FA |
| 7. Necessary wearing apparel.  Debtor Claimed Exemption | 50.00 | 0.00 | | 0.00 | FA |
| 8. Earrings, watch, costume jewelry  Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 9. Term Life Insurance - No Cash Surrender Value.  Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 10-12296 | CAD | Judge: Carol A. Doyle | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- | --- |
| Case Name: | FRYE, MARIAN P | | | Date Filed (f) or Converted (c): | 03/22/10 (f) |
| | | | | 341(a) Meeting Date: | 05/11/10 |
| | | | | Claims Bar Date: | 12/02/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 10. Pension w/ Employer/Former Employer - 100% Exempt.<br>  Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2005 Acura MDX with 131,000 miles<br>  Debtor Claimed Exemption | 8,300.00 | 3,845.00 | | 3,000.00 | FA |
| 12. 1996 Mercedes SR3 with 200,000 miles<br>  Debtor Claimed Exemption | 895.00 | 0.00 | | 0.00 | FA |
| 13. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.18 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $235,479.00 | $3,845.00 | | $3,000.18 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS PREPARING A FINAL REPORT.

Initial Projected Date of Final Report (TFR): 08/01/11      Current Projected Date of Final Report (TFR): 04/20/12

      /s/   Frances Gecker
_____   Date: 04/18/12
      FRANCES GECKER

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-12296 -CAD | Trustee Name: | Frances Gecker |
| Case Name: | FRYE, MARIAN P | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5236  MONEY MARKET |
| Taxpayer ID No: | *******5678 | | |
| For Period Ending: | 04/20/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/04/11 | 11 | Bank of America Cashier's Check Marian Frye | Debtor purchased int. in car | 1129-000 | 1,000.00 | | 1,000.00 |
| 04/29/11 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,000.01 |
| 05/18/11 | 11 | Bank of America Cashier's Check Marian Frye | Debtor purchased int. in car | 1129-000 | 1,000.00 | | 2,000.01 |
| 05/31/11 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 2,000.02 |
| 06/02/11 | 11 | Bank of America Cashier's Check Marian Frye | Debtor purchased int. in car | 1129-000 | 1,000.00 | | 3,000.02 |
| 06/30/11 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,000.04 |
| 07/29/11 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,000.06 |
| 08/31/11 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,000.09 |
| 09/30/11 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,000.11 |
| 10/31/11 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,000.14 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 3.82 | 2,996.32 |
| 11/30/11 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,996.34 |

Page Subtotals        3,000.16        3.82

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-12296 -CAD | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | FRYE, MARIAN P | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5236  MONEY MARKET |
| Taxpayer ID No: | *******5678 | | |
| For Period Ending: | 04/20/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 3.69 | 2,992.65 |
| 12/29/11 | 13 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,992.67 |
| 12/29/11 | | Transfer to Acct #*******2400 | Bank Funds Transfer | 9999-000 | | 2,992.67 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,000.18 | 3,000.18 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 2,992.67 | |
| Subtotal | 3,000.18 | 7.51 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,000.18 | 7.51 | |

Page Subtotals       0.02       2,996.36

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-12296 -CAD | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | FRYE, MARIAN P | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2400  GENERAL CHECKING |
| Taxpayer ID No: | *******5678 | | | |
| For Period Ending: | 04/20/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******5236 | Bank Funds Transfer | 9999-000 | 2,992.67 | | 2,992.67 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 2,992.67 | 0.00 | 2,992.67 |
| Less:  Bank Transfers/CD's | 2,992.67 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********5236 | 3,000.18 | 7.51 | 0.00 |
| GENERAL CHECKING - ********2400 | 0.00 | 0.00 | 2,992.67 |
| | 3,000.18 | 7.51 | 2,992.67 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: ____/s/____Frances Gecker_____ Date: 04/18/12
              FRANCES GECKER

Page Subtotals    2,992.67    0.00

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*